UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAMUEL ORTEGA,

    Petitioner,

vs.

R. J. SUBIA, Warden; JERRY BROWN, Attorney General; and JAMES TILTON, Secretary, California Department of Corrections and Rehabilitation,

    Respondents.

No. C 07-4541 PJH (PR)

**JUDGMENT**

    The court having entered a ruling today dismissing the petition for a writ of habeas corpus, judgment is entered in favor of respondent and against petitioner. Petitioner shall obtain no relief by way of his petition.

**IT IS SO ORDERED.**

Dated: September 15, 2008.

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\HC.07\ORTEGA541.JUD.wpd